```
FILED
CLERK, U.S. DISTRICT COURT

APR 2, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY:       JG        DEPUTY
```

Iqbal Ashraf
7010 La Presa Dr
San Gabriel, CA 91775
(818) 423-1862

In Pro-Se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IQBAL ASHRAF,<br>            Plaintiff,<br><br>    vs.<br><br>RELIANCE MOTORS, LLC, et al.,<br>            Defendants. | Case No. 2:21-cv-02167-GW<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>**WITH AFFIDAVIT IN SUPPORT THEREOF**<br><br>(Pursuant to F.R.Cv.P. Rule 4 & Rule 5, Code of Civil Procedure Section 1015 and 28 U.S.C. Section 1746) |

I, Charles Jordan, Declare:

I am a citizen of the United States and I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action; my business address is: 7010 La Presa Drive, San Gabriel, California 91775.

I declare that I am readily familiar with the business practice of Mr. Iqbal Ashraf for service of documents, that documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents serviced by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally are delivered on the same day.

On January 22, 2021, at the direction of Mr. Iqbal Ashraf, I served the following documents as Certified Mail the Request for a Return Receipt on the business and persons below as indicated in the exhibits above:

Documents Served:

**A. COMPLAINT AT LAW - COMPLAINT FOR REAL PROPERTY, MONETARY RELIEF AND FOR EQUITABLE, ACTUAL, COMPENSATORY AND PUNITIVE DAMAGES; AND**

**B. SUMMONS IN A CIVIL ACTION.**

Defendants/Parties Served:

1. RELIANCE MOTORS, LLC.: 958 E Holt Blvd., Ontario, CA 91761
2. ASIF AZIZ: 958 E Holt Blvd., Ontario, CA 91761
3. TRUCK BOYZ, INC.: 7215 Canby Ave. Reseda CA 91335
4. JEROME L. DODSON REVOCABLE TRUST OF 2012: 338 Spear Street, #39-B, San Francisco, CA 91405
5. JEROME L. DODSON: 338 Spear Street, #39-B, San Francisco, CA 91405
6. SUPERIOR LOAN SERVICING: 7525 Topanga Canyon Blvd., Canoga Park, CA 91303
7. ASSET DEFAULT MANAGEMENT, INC.: 7525 Topanga Canyon Blvd., Canoga Park, CA 91303
8. JULIE TABERDO: 7525 Topanga Canyon Blvd., Canoga Park, CA 91303
9. JASON L WEISBERG: 7525 Topanga Canyon Blvd., Canoga Park, CA 91303
10. JUDGE JOHN W. HOLCOMB: George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Courtroom 2, Riverside, CA 92501
11. IRENE VAZQUEZ: George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Courtroom 2, Riverside, CA 92501
12. YVETTE LOUIS: George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Courtroom 2, Riverside, CA 92501

in the following manner of Service:

**BY UNITED STATES MAIL:** I enclosed the documents in a sealed envelope addressed to the persons at the addresses listed above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 2, 2021.

By _____
Charles Jordan

### AFFIDAVIT OF CHARLES JORDAN
(Pursuant to F.R.Cv.P. Rule 4 & Rule 5,
Code of Civil Procedure Section 1015 and
28 U.S.C. Section 1746)

Type text here

Charles Jordan, being duly sworn, says: That at all times herein affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. That affiant received Twelve (12) copies of Complaint and Summons on January 22, 2021, and served said documents on the same day, January 22, 2021 by:

**UNITED STATES MAIL:** I enclosed the documents in a sealed envelope addressed to the persons at the addresses listed above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

Addressed to defendants:

1. RELIANCE MOTORS, LLC.: 958 E Holt Blvd., Ontario, CA 91761
2. ASIF AZIZ: 958 E Holt Blvd., Ontario, CA 91761
3. TRUCK BOYZ, INC.: 7215 Canby Ave. Reseda CA 91335
4. JEROME L. DODSON REVOCABLE TRUST OF 2012: 338 Spear Street, #39-B, San Francisco, CA 91405
5. JEROME L. DODSON: 338 Spear Street, #39-B, San Francisco, CA 91405
6. SUPERIOR LOAN SERVICING: 7525 Topanga Canyon Blvd., Canoga Park, CA 91303
7. ASSET DEFAULT MANAGEMENT, INC.: 7525 Topanga Canyon Blvd., Canoga Park, CA 91303
8. JULIE TABERDO: 7525 Topanga Canyon Blvd., Canoga Park, CA 91303
9. JASON L WEISBERG: 7525 Topanga Canyon Blvd., Canoga Park, CA 91303
10. JUDGE JOHN W. HOLCOMB: George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Courtroom 2, Riverside, CA 92501

11. IRENE VAZQUEZ: George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Courtroom 2, Riverside, CA 92501

12. YVETTE LOUIS: George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Courtroom 2, Riverside, CA 92501

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed this 2nd day of April 2021    By _____
                                         Charles Jordan

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//